# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Elizabeth Brookbank
    Plaintiff,

Case Number: 1:15-165

vs

Judge Susan J. Dlott

Anthem Life Insurance Company
    Defendant

## JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** The Court hereby ADOPTS said Report and Recommendation. defendant's motion for judgment on the administrative record (Doc. 22) is GRANTED. Plaintiff's motion for judgment on the administrative record (Doc. 23) is DENIED. Plaintiff's state law claims are DISMISSED on preemption grounds and judgment is entered in favor of defendant and against plaintiff on the claim to recover benefits under ERISA.

May 16, 2016

                                                               Richard W. Nagel, Clerk of Court

                                                               By  s/Jennifer Webster
                                                                        Deputy Clerk